_____

No. 96-1180
_____

Randy R. Downey,                        *
                                        *
           Appellant,                   *
                                        *
     v.                                 *    Appeal from the United States
                                        *    District Court for the
Patrick McInerney; Thomas M.            *    Western District of Missouri.
Larson; Stephen L. Hill, Jr.;           *
Janet Reno,                             *          [UNPUBLISHED]
                                        *
           Appellees.                   *


_____

                 Submitted:  May 27, 1996

                    Filed:  May 31, 1996
                 _____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
                 _____

PER CURIAM.


     Randy Downey appeals from the District Court's[1] dismissal of his
declaratory judgment action challenging the constitutionality of Federal
Rule of Criminal Procedure 6(d) and 28 U.S.C. § 515 (1994).  Having
reviewed the record and the parties' briefs, we conclude the District Court
properly dismissed the action.  Accordingly, we affirm.  See 8th Cir. R.
47B.

_____

     [1]The Honorable Ortrie D. Smith, United States District Judge
for the Western District of Missouri.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.